**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1955**

───────────────

V.E.,

        Plaintiff - Appellant,

    v.

UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-02338-JRR)

───────────────

Submitted:  October 22, 2024                Decided:  October 24, 2024

───────────────

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

**ON BRIEF:**  Rignal W. Baldwin V, Nathan P. Short, BALDWIN LEGAL GROUP, LLC, Baltimore, Maryland, for Appellant.  Anthony G. Brown, Attorney General, Ariel S. Lichterman, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

V.E. appeals the district court's orders dismissing her civil action and denying her Fed. R. Civ. P. 59(e) motion seeking alteration or amendment of the dismissal judgment or, alternatively, leave to amend.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders.  *V.E. v. Univ. of Md. Balt. Cnty.*, No. 1:22-cv-02338-JRR (D. Md. Apr. 21 & Aug. 10, 2023).  We deny V.E.'s motion to extend the time for filing a reply brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2